```
1  DAVID A. ROSENFELD, Bar No. 058163
   CAREN P. SENCER, Bar No. 233488
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5

6  Attorneys for Intervenors
   Roofers Union Local No. 81
7
```

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT ROOFING CONTRACTORS COUNCIL APPRENTICESHIP TRAINING TRUST FUND ex rel, ROYAL ROOFING, INC., | No. C-05-03605-JW-HR |
| Petitioner, | **STIPULATION AND ORDER** |
| v. | |
| ELAINE CHAO, in her official capacity as Secretary of Labor, and the UNITED STATES DEPARTMENT OF LABOR, | |
| Respondent, | |
| ROOFERS UNION LOCAL NO. 81, | |
| Intervenor. | |

IT IS HEREBY STIPULATED by and between the Petitioner and proposed Intervenor Roofers Union Local No. 81, that Local 81 may intervene for all purposes pursuant to the provisions of Federal Civil Procedure 24.

Dated: October 25, 2005

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation and [Proposed] Order

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /S/
DAVID A. ROSENFELD
Attorneys for Intervenor
Roofers Union Local No. 81

Dated:

THIERMAN LAW FIRM

By: /S/
MARK THIERMAN
Attorneys for Petitioner
Independent Roofing Contractors Council
Apprenticeship Training Trust Fund

**ORDER**

IT IS SO ORDERED.

Dated: 10/27/05

_____
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Stipulation and [Proposed] Order