| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | JOANN M.. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney |
| 4 | |
| 5 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5082 |
| 6 | FAX: (408) 535-5081 |
| 7 | Attorneys for Federal Defendants |



GRANTED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| INDEPENDENT ROOFING CONTRACTORS COUNCIL APPRENTICESHIP TRAINING TRUST FUND *ex rel,* ROYAL ROOFING, INC., | ) ) ) ) ) | Case No. C 05-03605 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT DEADLINES** |
| Petitioner, | ) ) | |
| v. | ) ) | |
| ELAINE CHAO, in her official capacity as Secretary of Labor, and the UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Respondents, | | |
| ROOFERS UNION LOCAL NO. 81, | | |
| Intervenor. | | |

The parties to this action hereby stipulate and request as follows:

Plaintiff filed this action on September 7, 2005. The Office of the United States Attorney was served on March 13, 2006, and the defendant's response to the complaint is due on May 12, 2006. This case is currently scheduled for a case management conference on March 27, 2006. This date is several weeks prior to the current deadline for responding to the complaint.

Accordingly, the parties request that the case management conference be rescheduled to May 15, 2006, or a later date acceptable to the Court. The parties further request that the

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT DEADLINES
Case No. C 05-03605 JW            -1-

deadline for the parties to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference be extended to April 24, 2006, that the deadline for filing a joint case management statement be continued to May 8, 2006, and that the deadline to complete initial disclosures or state objection in a Rule 26(f) report be extended to the date of the case management conference.

      IT IS SO STIPULATED.

                      Respectfully submitted,

DATED: March 20, 2006      KEVIN V. RYAN
                                  United States Attorney

                      /s/ Claire T. Cormier
                      CLAIRE T. CORMIER
                      Assistant United States Attorney

                      THIERMAN LAW FIRM

DATED: March 17, 2006      /s/ Mark Thierman
                      MARK THIERMAN
                      Attorneys for Petitioner

                      WEINBERG, ROGER & ROSENFELD

DATED: March 20, 2006      /s/ Caren P. Sencer
                      CAREN P. SENCER
                      Attorneys for Intervenor

**PROPOSED ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATE: __March 21, 2006_____      _____
                                              JAMES WARE
                                              United States District Judge