1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M.. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
      150 Almaden Blvd., Suite 900
5     San Jose, California 95113
      Telephone: (408) 535-5082
6     FAX: (408) 535-5081

7  Attorneys for Federal Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 INDEMPENDENT ROOFING            )   Case No. C 05-03605 JW (HRL)
   CONTRACTORS COUNCIL             )
13 APPRENTICESHIP TRAINING TRUST   )   **STIPULATION AND [PROPOSED]**
   FUND *ex rel,* ROYAL ROOFING, INC., ) **ORDER SETTING CASE SCHEDULE**
14                                 )
       Petitioner,                 )
15                                 )
       v.                          )
16                                 )
   ELAINE CHAO, in her official capacity as )
17 Secretary of Labor, and the UNITED )
   STATES DEPARTMENT OF LABOR,    )
18                                 )
       Respondents,
19
   ROOFERS UNION LOCAL NO. 81,
20
       Intervenor.
21 _____

22      The parties to this action hereby stipulate and request as follows:

23      Plaintiff filed this action on September 7, 2005. The Office of the United States Attorney

24 was served on March 13, 2006. Accordingly, because this case seeks review on an

25 administrative record, the case is subject to the requirements of Local Rule 16-5, and the

26 defendant's response to the complaint and the administrative record are due on June 12, 2006.

27      Instead of the deadlines set forth in Rule 16-5, the parties propose the following schedule:

28      **June 12, 2006**: Defendant to file a certified copy of the administrative record.

STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE
Case No. C 05-03605 JW                    -1-

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Ware signature)*

1   **June 26, 2006**: Defendant to file a motion for summary judgment and/or other dispositive
2   motion.
3   **July 17, 2006**: Plaintiff and/or intervenor to file any oppositions to defendant's motion,
4   and file any counter-motions.
5   **August 7, 2006**: File reply, if desired, to defendant's motion. File oppositions to counter-
6   motions, if any.
7   **August 21, 2006**: File optional replies to counter-motions, if any.
8   As anticipated by Rule 16-5, the matter would then be deemed submitted unless the Court
9   requests further briefing or oral argument.
10  Due to the nature of this case, the parties further request that the case management
11  conference currently scheduled for **May 15, 2006** be vacated, and that the parties be excused
12  from participating in the Court's alternative dispute resolution procedures.
13  IT IS SO STIPULATED.

14                                    Respectfully submitted,
15  DATED: May 1, 2006                KEVIN V. RYAN
                                      United States Attorney
16
17
                                      _____/s/_____
18                                    CLAIRE T. CORMIER
                                      Assistant United States Attorney
19
20                                    THIERMAN LAW FIRM
21
22  DATED: May 1, 2006                _____/s/_____
                                      MARK THIERMAN
23                                    Attorneys for Petitioner
24
                                      WEINBERG, ROGER & ROSENFELD
25
26
    DATED: April 27, 2006             _____/s/_____
27                                    CAREN P. SENCER
                                      Attorneys for Intervenor
28

1
2
**~~PROPOSED~~ ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATE: May 3, 2006

_____
JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE
Case No. C 05-03605 JW                    -3-