KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M.. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| INDEPENDENT ROOFING CONTRACTORS COUNCIL APPRENTICESHIP TRAINING TRUST FUND *ex rel,* ROYAL ROOFING, INC., <br><br> Petitioner, <br><br> v. <br><br> ELAINE CHAO, in her official capacity as Secretary of Labor, and the UNITED STATES DEPARTMENT OF LABOR, <br><br> Respondents, <br><br> ROOFERS UNION LOCAL NO. 81, <br><br> Intervenor. | Case No. C 05-03605 JW (HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE** |

    The parties to this action hereby stipulate and request as follows:

    Plaintiff filed this action on September 7, 2005.  The parties previously stipulated to a briefing schedule that included an August 7, 2006 due date for the filing of reply memoranda in support of summary judgment motions.  Defendant has requested a one week extension to that deadline due to the unavailability of certain personnel involved in preparing the motion.  According, the parties request the following changes to the briefing schedule for this case.

STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE
Case No. C 05-03605 JW              -1-

**August 14, 2006 (previously August 7, 2006)**: File reply, if desired, to defendant's motion. File oppositions to counter-motions, if any.

**August 28, 2006 (previously August 21, 2006)**: File optional replies to counter-motions, if any.

As anticipated by Rule 16-5, the matter would then be deemed submitted unless the Court requests further briefing or oral argument.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 21, 2006            KEVIN V. RYAN
                                United States Attorney


                                _____/s/_____
                                CLAIRE T. CORMIER
                                Assistant United States Attorney


DATED: July 21, 2006            THIERMAN LAW FIRM


                                _____/s/_____
                                MARK THIERMAN
                                Attorneys for Petitioner


                                WEINBERG, ROGER & ROSENFELD

DATED: July 21, 2006            _____/s/_____
                                CAREN P. SENCER
                                DAVID ROSENFELD
                                Attorneys for Intervenor


### PROPOSED ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATE: July 26, 2006             _____/s/ James Ware_____
                                JAMES WARE
                                United States District Judge

STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE
Case No. C 05-03605 JW                    -2-