IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Independent Roofing Contractors Council Apprentice Training Trust Fund *ex rel,* Royal Roofing, Inc., | NO. C 05-03605 JW |
| | **JUDGMENT** |
| Petitioner, | |
| v. | |
| Elaine Chao, in her official capacity as Secretary of Labor, and the United States Department of Labor, | |
| Respondent, | |
| Roofers Union Local No. 81, Intervenor. / | |

Pursuant to the Court's September 18, 2006 Order Granting Respondent's Motion for Summary Judgment and Affirmance of the Final Order of the Administrative Review Board, judgment is entered for Respondent Elaine Chao, in her official capacity as Secretary of Labor, and the United States Department of Labor, against Petitioner Independent Roofing Contractors Council Apprentice Training Trust Fund *ex rel,* Royal Roofing, Inc.

The Clerk shall close this file.

Dated: September 18, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Caren P. Sencer courtnotices@unioncounsel.net
Claire T. Cormier claire.cormier@usdoj.gov
David Albert Rosenfeld courtnotices@unioncounsel.net
Mark R. Thierman laborlawyer@pacbell.net

**Dated: September 18, 2006**               **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**